# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, an unincorporated non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>MARCHEM TECHNOLOGIES, LLC, a limited liability company, DOES 1 through 10,<br><br>Defendants. | Case No.:  CV 14-02562-DMG (PLAx)<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL [20] |

WHEREAS, the Court has reviewed the Notice of Settlement jointly submitted by the parties;

WHEREAS, the settlement is contingent upon the expiration of the federal regulatory agencies' 45-day review period required by the federal Clean Water Act and 40 C.F.R. § 135.5;

WHEREAS, no order disposing of this action may be entered prior to the expiration of the federal regulatory agencies' 45-day review period; and

WHEREAS, the regulatory agencies' review period will end on or about March 23, 2015.

THEREFORE, GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. An Order to Show Cause re: Dismissal is set for hearing on **April 3, 2015 at 9:30 a.m.**,

2. The Order to Show Cause will be discharged and the hearing will be vacated if a Request for Dismissal is filed before April 3, 2015; and

3. All other deadlines and hearing dates, including the March 6, 2015 Scheduling Conference, are vacated.

IT IS SO ORDERED.

DATED: February 4, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE

2